MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0567 VRW |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 4, 2010 TO JANUARY 13, 2011 |
| MATTHEW WILLIAMS, | ) | |
| Defendant. | ) | |

      The parties appeared before the Honorable Vaughn Walker on November 4, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

      1.  The parties agreed to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 4, 2010 to January 13, 2011.  Failure to grant the requested continuance would unreasonably deny counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for the defense counsel to complete her review of discovery and gather additional discovery to produce to the government.

      2.  Given these circumstances, the Court found that the ends of justice served by

ORDER EXCLUDING TIME
CR 10-0567 VRW

1 excluding the period from November 4, 2010 to January 13, 2011, outweigh the best interest of
2 the public and the defendant in a speedy trial and filing of an indictment or information. 18
3 U.S.C. § 3161(h)(7)(A).
4     3. Accordingly, and with the consent of the defendant, the Court ordered that the period
5 from November 4, 2010 to January 13, 2011, be excluded from Speedy Trial Act calculations
6 under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

8     IT IS SO STIPULATED.

10 DATED: November 9, 2010         /s/
    SHAWN HALBERT
11     Counsel for Matthew Williams

13 DATED: November 9, 2010         /s/
    BRIAN C. LEWIS
14     Assistant United States Attorney

16     IT IS SO ORDERED.

19 DATED: 11/10/2010
    Judge Vaughn R Walker
20     United States District Chief Judge
    Northern District of California

ORDER EXCLUDING TIME
CR 10-0567 VRW     -2-