1    BARRY J. PORTMAN
     Federal Public Defender
2    SHAWN HALBERT
     Assistant Federal Public Defender
3    450 Golden Gate Avenue
     San Francisco, CA  94102
4    Telephone:  (415) 436-7700

5    Counsel for Defendant MATTHEW WILLIAMS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              )    CR-10-00567 JSW
                                            )
12              Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                            )    ORDER CONTINUING STATUS
13        v.                                )    DATE FROM FEBRUARY 17, 2011
                                            )    TO MARCH 24, 2011 AND
14   MATTHEW WILLIAMS,                      )    EXCLUDING TIME UNDER 18 U.S.C.
                                            )    § 3161
15              Defendant.                  )
                                            )
16   _____       )

17

18                         **STIPULATION**

19        This case was reassigned from Judge Walker to this Court and the parties previously requested

20   that the matter be calendared on February 17, 2011 for the first appearance before this Court.

21   However, based on the status of the case and for reasons detailed in this stipulation, the parties

22   jointly request that the matter be continued to March 24, 2011 at 2:00 p.m. or some other date

23   thereafter convenient to the Court.

24        Mr. Williams is charged with violating 18 U.S.C. § 1344(2), bank fraud, for activity in

25   connection with his business from June, 2007 to July, 2008.  The government has produced

26   approximately 1,500 pages of discovery.   The defense believes that in order to effectively represent

STIP. & [PROP] ORDER
CR-10-00567 JSW                        - 1 -

1   Mr. Williams, it will need to obtain additional documents through Rule 17 subpoenas. The defense

2   anticipates that it may provide some or all of the documents it seeks to subpoena to the government

3   in order to reach a resolution in the case. The defense anticipates submitting the subpoena request to

4   the Court within the next day.

5       New counsel for the government, AUSA Timothy Lucey, is in the process of substituting in as

6   counsel of record for the government in this case and will be filing a notice of appearance within the

7   next day. Due to undersigned defense counsel's upcoming maternity leave, defendant Mr. Williams

8   will also be represented by new counsel (another attorney within the Federal Defender's Office) by

9   the end of this week; new counsel will need to familiarize himself/herself with Mr. Williams' case

10  and the discovery.

11      The parties are requesting a status date of March 24, 2011. However, in the event that the

12  Court wishes to see the parties earlier than that date, the parties request that the Court calendar the

13  case for March 10, 2011.

14      Mr. Williams is out of custody and concurs in the request for a continuance of the status date.

15      The parties are discussing a resolution of the case and if they reach a resolution before March

16  24, 2011, would contact the Court to set an appropriate date on the Court's calendar.

17      The parties also agree that the time between February 17, 2011 and March 24, 2011 should be

18  excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of

19  counsel and continuity of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of

20  justice served by granting such a continuance outweigh the best interests of the public and the

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

STIP. & [PROP] ORDER
CR-10-00567 JSW                            - 2 -

1  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  SO STIPULATED:

3                                             MELINDA HAAG
                                             United States Attorney
4

5
   DATED: February 15, 2011          _____
6                                             /s/
                                             TIMOTHY LUCEY
7                                             Special Assistant United States Attorney

8
   DATED: February 15, 2011          _____
9                                             /s/
                                             SHAWN HALBERT
10                                            Assistant Federal Public Defender

11

12                              **[PROPOSED] ORDER**

13      For the reasons stated above, the Court continues the status hearing before this Court from

14  February 17, 2011 to March 24, 2011 at 2:00 p.m.  Further, the Court finds that an exclusion of time

15  under the Speedy Trial Act of the time between February 17, 2011 to March 24, 2011 is appropriate

16  because the failure to grant the requested continuance would deny the defense effective preparation

17  and continuity of counsel; thus, the ends of justice served by the continuance outweigh the best

18  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

19

20  SO ORDERED.

21

22

23  DATED: February 16, 2011         _____

24                                            THE HONORABLE JEFFREY S. WHITE
                                             United States District Court
25

26

STIP. & [PROP] ORDER
CR-10-00567 JSW                          - 3 -